WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: kmburke@littler.com

Attorneys for Defendant
SPRING MOUNTAIN TREATMENT CENTER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN MCLEAN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SPRING MOUNTAIN TREATMENT CENTER, a foreign corporation DOES I-X; and ROE CORPORATIONS 1-X,<br><br>Defendant. | Case No. 2:18-cv-01056-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff BRIAN MCLEAN ("Plaintiff") and Defendant SPRING MOUNTAIN TREATMENT CENTER ("Defendant"), by and through their respective counsel of record, hereby stipulate to and request that the Court extend the deadline for Defendant to file its responsive pleading. The current deadline for Defendant to file its responsive pleading is set for July 5, 2018. A brief extension is requested until August 6, 2018[1]. This is the first stipulation for an extension of time to file the first responsive pleading. This request is made in good faith and not to cause unnecessary delay as Defense Counsel was recently retained, has prior commitments in other matters, and needs sufficient time to prepare the responsive pleading.

---

[1] The extension requested is thirty days with the last day falling on Saturday, August 4, 2018, and therefore the next business day is the requested deadline.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Dated: June 29, 2018.

Respectfully submitted,

/s/ Jenny L. Foley
**HKM EMPLOYMENT ATTORNEYS LLP**
Jenny L. Foley, Esq.

Attorney for Plaintiff
BRIAN MCLEAN

Dated: June 29, 2018.

Respectfully submitted,

/s/ Kaitlyn M. Burke
**LITTLER MENDELSON, P.C.**
Wendy Medura Krincek, Esq.
Kaitlyn M. Burke, Esq.

Attorneys for Defendant
SPRING MOUNTAIN TREATMENT CENTER

**IT IS SO ORDERED.**

Dated July 2, _____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:155572510.1 069080.1125

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800