# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRIAN MCLEAN,

    Plaintiff(s),

v.

SPRING MOUNTAIN TREATMENT CENTER,

    Defendant(s).

Case No.: 2:18-cv-01056-GMN-NJK

**Order**

[Docket No. 12]

Pending before the Court is a stipulation to extend the deadline to respond to the complaint to 14 days after the early neutral evaluation. Docket No. 12. In particular, the parties seek an order allowing this case to proceed through the early neutral evaluation process without the filing of a response to the complaint so that they can avoid expending their resources in briefing a motion to compel arbitration. *Id.*

The normal course is for an early neutral evaluation to occur after the filing of a response to the complaint, *cf.* Local Rule 16-6(d), at which point the parties are formally before the Court. The Court is not persuaded to depart from that standard practice based on the cost associated with briefing a motion to compel arbitration. Instead, to the extent the costs associated therewith are truly an impediment to settlement discussions, counsel shall immediately discuss resolution of this matter without waiting for the early neutral evaluation. *See* Docket No. 11 at 2 n.2. The Court finds this approach is most faithful to the goals of fostering a just, speedy, and inexpensive

resolution of this case. *See* Fed. R. Civ. P. 1. To enable those settlement discussions, the Court will extend the deadline for Defendant to respond to the complaint to August 27, 2018.[1]

For the reasons discussed above, the stipulation to extend is hereby **GRANTED** in part and **DENIED** in part.

IT IS SO ORDERED.

Dated: August 7, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The deadline to respond to the complaint has already been extended from July 5 to August 6. *See* Docket No. 8.