UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRIAN McLEAN,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>SPRING MOUNTAIN TREATMENT CENTER,<br><br>　　　　　　　　　Defendant. | Case No. 2:18-cv-01056-GMN-NJK<br><br>ORDER<br><br>(Stip for ENE – ECF No. 10) |

Before the court is the parties' Stipulation and Order to Schedule the Early Neutral Evaluation Session (ECF No. 10). The parties request the court to conduct an Early Neutral Evaluation before a responsive pleading has been filed. The parties also filed a Stipulation to Extend Time to File a Response to the Complaint (ECF No. 12) at the same time. In an Order (ECF No. 13) entered August 7, 2018, Judge Koppe denied the parties' request to file a responsive pleading 14 days after the early neutral evaluation conference, but extended the deadline to file a responsive pleading to August 27, 2018 to enable the parties to engage in settlement discussions.

Accordingly,

**IT IS ORDERED** that the parties' Stipulation and Order to Schedule the Early Neutral Evaluation Session (ECF No. 10) is **DENIED** and the court will give the parties its earliest available date for an ENE if a responsive pleading is filed.

DATED this 23rd day of August, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE