WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: kmburke@littler.com

Attorneys for Defendant
SPRING MOUNTAIN TREATMENT CENTER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN MCLEAN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SPRING MOUNTAIN TREATMENT CENTER, a foreign corporation DOES I-X; and ROE CORPORATIONS 1-X,<br><br>Defendant. | Case No. 2:18-cv-01056-GMN-NJK<br><br>**STIPULATION AND ORDER TO ARBITRATE AND DISMISS PROCEEDINGS** |

Plaintiff BRIAN MCLEAN ("Plaintiff") and Defendant SPRING MOUNTAIN TREATMENT CENTER ("Defendant"), by and through their respective counsel of record, with reference to the following:

WHEREAS, on or about September 24, 2013, Plaintiff entered into an agreement with Defendant SPRING MOUNTAIN TREATMENT CENTER to arbitrate all disputes arising out of or relating to Plaintiff's employment, or termination of employment, including with individual employees like Mr. McLean ("the Arbitration Agreement");

WHEREAS, on or about June 12, 2018, Plaintiff filed a Complaint in the United States District Court, District of Nevada, alleging Discrimination Based on Race, Color, National Origin, Gender or Age in violation of State and Federal Statutes, Retaliation under Federal Law, 42 U.S.C.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2000e-3 and State Law, NRS 613.340, and Violation of the Civil Rights Act of 1871, §1981.

WHEREAS, the claims alleged in the Action fall within the scope of the Arbitration Agreement;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant and

ORDERED, as follows:

1. The Action, in its entirety, shall be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement;

2. All proceedings in this Action shall be dismissed.

Dated: August 27, 2018.

Respectfully submitted,

*/s/ Jenny L. Foley, Esq.*
**HKM EMPLOYMENT ATTORNEYS LLP**
Jenny L. Foley, Esq.

Attorney for Plaintiff
BRIAN MCLEAN

Dated: August 27, 2018.

Respectfully submitted,

*/s/ Kaitlyn M. Burke, Esq.*
**LITTLER MENDELSON, P.C.**
Wendy M. Krincek, Esq.
Kaitlyn M. Burke, Esq.

Attorneys for Defendant
SPRING MOUNTAIN TREATMENT CENTER

## ORDER

**IT IS SO ORDERED.**

Dated this __16__ day of September, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800